**E-FILED on** ___11/4/2008___

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ATUL BHAGAT and AMIT BHAGAT,<br><br>Defendants. | No. C-01-21073 RMW<br><br>ORDER VACATING HEARING<br><br>**[Re Docket No. 73]** |

The SEC's motion for disgorgement presently set for hearing on November 7, 2008 is hereby submitted on the papers without oral argument. *See* Civil L.R. 7-1(b). The hearing date of November 7, 2008 is vacated. If, upon consideration of the matter, the court deems that oral argument is necessary or would be helpful to the court, the matter will be reset for hearing no earlier than December 5, 2008.

DATED: ___11/4/2008___

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER VACATING HEARING
C-01-21073 RMW
TSF

1  **Notice of this document has been electronically sent to:**

2  **Counsel for plaintiff, the SEC:**

3  Michael S. Dicke                                    dickem@sec.gov
   Craig David Martin                                  cmartin@mofo.com
4  Helane Leslie Morrison                              morrisonh@sec.gov
   Kashya Kao-Hsiu Shei                                sheik@sec.gov
5  John Scott Yun                                      yunj@sec.gov

6
   **Counsel for defendant, Atul Bhagat:**
7
   Robert Lloyd Maines                                 maines@robertmaineslaw.com
8  Mary Geraldine McNamara                             mmcnamara@swansonmcnamara.com

9
   Counsel are responsible for distributing copies of this document to co-counsel that have not registered
10 for e-filing under the court's CM/ECF program.

11

12 **Dated:**          11/4/2008                         _____TSF_____
                                                        **Chambers of Judge Whyte**
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER VACATING HEARING
C-01-21073 RMW
TSF                                                    2